and disbursements to the appellant. No opinion. Present — Dowling, P. J., Merrell, Finch and McAvoy, JJ.

GIOVANNA LARTO, as Administratrix, etc., of MARIO LARTO, Deceased, Respondent, v. HARLEM AND MORRISANIA TRANSPORTATION LINE, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MORRIS HARTENSTEIN, Respondent, v. JOCK HOLDING CORPORATION and Others, Defendants, Impleaded with MAURICE E. SOBEL, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance of the State of New York, Appellant, for an Order to Take Possession of the Property and Conserve the Assets of the MOSCOW FIRE INSURANCE COMPANY OF MOSCOW, RUSSIA, Appellant, and the Interests of Its Policyholders, Creditors, Stockholders and the Public. In the Matter of the Application of HENRY F. LESCH, Respondent, etc.— Order reversed, with ten dollars costs and disbursements, and motion denied. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LOUIS J. WAGNER v. MARY WHITE, Individually and as Executrix, etc., and Others, Impleaded with JOHN WAGNER and Another. GEORGE WAGNER and Another, Receivers, Respondents.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

EDWARD J. WILLIAMS v. BROOKLYN EDISON COMPANY, INC., and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA v. RUTH SNYDER and Another, Impleaded with JOSEPHINE BROWN, as Administratrix, etc., of ALBERT E. SNYDER, Deceased.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Petition of ALEXANDER J. SIMMONS for Determination and Enforcement of Lien against Funds in Hands of ALFRED E. SMITH, JR., as Receiver in Action of JACOB BANKER v. MAY D. BANKER and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE MIDTOWN BANK OF NEW YORK v. CLEMENTE CONTRACTING CO., INC., and Others, Impleaded, etc.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MOSES H. STRAUS v. JACOB SINGER, Executor, etc., of JACOB FRANK, Deceased.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CLAIRE SUGG v. GEORGE WANDLING.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of MIKE TURDO against UNITED CEMENT AND CONCRETE WORKERS UNION, INC., and Another.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HELEN FELDMAN v. CHARLES FELDMAN.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.